NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT FRANK MYERS,          )
                             )
          Appellant,         )
                             )
v.                           )          Case No. 2D18-828
                             )
STATE OF FLORIDA,            )
                             )
          Appellee.          )
_____ )

Opinion filed December 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

PER CURIAM.

          Affirmed.

VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.